**TOLEDO (city) v FIDELITY & DEPOSIT**

**CO OF MARYLAND et**

Ohio Appeals, 6th Dist, Lucas Co

No 2662. Decided April 14, 1933

J. I. O'Connor, Director of Law, Toledo, for plaintiff.

Denman, Miller, Christian & Beatty, Toledo, Tracy, Chapman and Welles, Toledo, Marshall, Melhorn, Marlar & Martin, Toledo, Fraser, Hiett, Wall & Effler, Toledo, Brown & Sanger, Toledo, and S. M. Douglas, Toledo, for defendants.

For full opinion see 39 OLR 293; 187 NE 790; 46 Oh Ap 97.